BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $155,465.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $57,550.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $30,394.07 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 377-8953722,<br><br>APPROXIMATELY $24,308.44 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 858-4465457, AND<br><br>APPROXIMATELY $32,939.20 IN U.S. CURRENCY SEIZED FROM IBERIA BANK ACCOUNT NUMBER 810075012,<br><br>APPROXIMATELY $173,040.58 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 101024-3872974,<br><br>APPROXIMATELY $108,012.16 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 101005-7465632, | 2:12-MC-00097-JAM-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

1

APPROXIMATELY $12,857.25 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 13172-83635153,

APPROXIMATELY $8,098.07 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3317008982596,

           **Defendants.**

**It is hereby stipulated by and between the United States of America and Claimants Robert Edward Mulready and Melissa Miller, by and through their respective attorneys, as follows:**

1.   On or about September 6, 2012, claimant Robert Edward Mulready filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the first five assets listed above.  Also on or about September 6, 2012, claimant Melissa Miller filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the last four assets listed above (hereafter collectively "defendant assets"), which were seized on or about May 24, 2012.

2.   The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is December 5, 2012.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 4, 2013, the time in which the United States is required to file a civil complaint for

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to February 4, 2013.

DATE: 11/29/12             BENJAMIN B. WAGNER
                           United States Attorney

                    By:    /s/ Kevin C. Khasigian
                           KEVIN C. KHASIGIAN
                           Assistant U.S. Attorney

DATE: 11-29-2012           /s/ Donald H. Heller
                           DONALD H. HELLER
                           Attorney for Claimant
                           Robert Edward Mulready
                           (Signature retained by attorney)

DATE: 11/29/12             /s/ Joseph J. Wiseman
                           JOSEPH J. WISEMAN
                           Attorney for Claimant
                           Melissa Miller
                           (Authorized via email on 11/29/2012)

IT IS SO ORDERED.

DATE: November 29, 2012    /s/ John A. Mendez

                           JOHN A. MENDEZ
                           United States District Court Judge

3

Stipulation for Extension of Time
to File Complaint for Forfeiture